## In re the Interest of J.M.R.

### No. ED 77820.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 23, 2001.

Law Office of Patricia A. Riehl, Patricia A. Riehl, Hillsboro, MO, for appellant.

Theodore R. Allen, Jr., Hillsboro, MO, for respondent.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL and TEITELMAN, JJ.

### ORDER

PER CURIAM.

Mother appeals from a judgment of the juvenile court of Jefferson County terminating her parental rights as to Child. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).